Daniel E. Martyn, Jr. (State Bar No. 138122)
Michael D. Schulman (State Bar No. 137249)
Diana S. Ponce-Gomez (State Bar No. 187136)
DANNER & MARTYN, PC
100 E. Thousand Oaks Blvd., Suite 244
Thousand Oaks, CA 91360
Telephone: (805) 777-8700
Facsimile: (805) 778-0736

James F.B. Daniels, Esq., MO Bar #30003
Michael J. Gorman, Esq., MO Bar #33967
A. Jeffrey Misler, Esq., MO Bar #37363
McDowell, Rice, Smith & Buchanan, PC
605 W. 47th Street, Suite 350
Kansas City, MO 64112
Telephone (816) 753-5400
Facsimile (816) 753-9996

Attorneys for Claimant
VW CREDIT, INC.

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION – LOS ANGELES**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CV-10-03662-CJC (PLAx) |
| Plaintiff. ) | **STIPULATED PROTECTIVE ORDER** |
| v. ) | |
| ONE 2008 AUDI R8 COUPE QUATTRO, ) | |
| Defendant. ) | (Assigned to Hon. Cormac J. Carney) |

Pursuant to the Stipulation of VW Credit, Inc ("VCI") and Commonwealth Euro Auto Group, LLC ("Commonwealth"), it is hereby ORDERED as follows:

1. The Stipulation between VCI and Commonwealth is hereby approved.

2. <u>GOOD CAUSE STATEMENT</u>: HR or personnel files may contain a variety of information not appropriate for public disclosure, for example: life insurance and medical insurance information, contact information regarding relatives, medical and health-related information, tax information in the nature of W-4 forms, income information, etc ("HR documents"). This information is confidential and personal to the employee or former employee. Thus, it is appropriate the disclosure of such information be restricted to disclosure to counsel and parties only.

3. The production of HR documents relating to current VCI employee Christopher Zurick and former VCI employees, Tom Skinner and Scott Kasprowicz, shall be produced pursuant to this protective order.

4. The disclosure of HR documents relating to current VCI employee Christopher Zurick and former VCI employees, Tom Skinner and Scott Kasprowicz, shall be restricted to disclosure to counsel and parties only.

5. To the extent VCI believes disclosure of confidential/personal nature of any HR/personnel documents requested by Commonwealth should be restricted to counsel and parties only, VCI shall produce such documents marked "Confidential Subject to Protective Order".

6. Any documents so produced by VCI to Commonwealth, and the information contained therein, shall be held confidential, and used only for purposes of this case, and not disclosed or used for any other reason.

7. At the end of this case, all copies of such documents shall either be returned to VCI by Commonwealth, or destroyed.

IT IS SO ORDERED.

Dated: August 12, 2011

Paul L. Abrams
United States Magistrate Judge